Return to:
First Court of Appeals
301 Fannin Street
Houston, Texas 77002

FILED IN
1ST COURT OF APPEALS
HOUSTON. TEXAS

SEP 21 2015

CHRISTOPHER A. PRINE
CLERK _____

Case Number
01-15-00144-CR

| Derrick Deshawn Gilbert | § | COURT OF APPEALS |
| | § | 1ST DISTRICT |
| The State of Texas | § | HOUSTON, TEXAS |

### Pro se Motion for Access to Appellate Record

To the Honorable Justices of Said Court:

Appellant's appointed counsel has filed a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Appellant now moves this Court to provide him with a copy of the appellate record including the clerk's record and the court reporter's record for use in preparing his pro se response to counsel's brief.

Appellant requests an extension of time of 30 days from the granting of this motion to file a pro se response to counsel's *Anders* brief.

Respectfully submitted,

*Derrick D. Gilbert*
Pro se Appellant
Eastham Unit, TDCJ # 1977834
Lovelady, Texas 75851

### Certificate of Service

This is to certify that on __9-15-15__ (Date), a true and correct copy of the above and foregoing document was served by mail on:

Harris County District Attorney's Office, 1201 Franklin, Suite 600, Houston, TX 77002

*Derrick D. Gilbert*
Pro se Appellant

DERRICK DESHAWN GILBERT
T.D.C.J 1977834
Eastham Unit
2665 Prison Rd 1
Lovelady, Tx 75851

MAIL RECEIVED

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

SEP 21 2015

CHRISTOPHER A. PRINE
CLERK

7700220669

NORTH TEXAS TX FBDC
DALLAS TX 750
17 SEP 2015 PM 7 L

First Court of Appeals
301 Fannin Street
Houston, Tx 77002

FOREVER